KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7044
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ULLYSSES DAVID POWELL,<br><br>    Defendant. | No.   CR 06-0630 MHP<br><br>[**PROPOSED**] ORDER AMENDING THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE ELECTRONIC MONITORING AND DRUG TESTING AND COUNSELING AS DIRECTED BY PRETRIAL SERVICES |

    This matter came on for hearing before this Court on September 27, 2006. The defendant was personally present and represented by Geoffrey Hansen, Assistant Federal Public Defender. Gregg Lowder, Assistant United States Attorney, appeared for the United States.

    The matter was on calendar to review the defendant's violations of his conditions of release, including curfew violations, as reported by Pretrial Services. Based on the Pretrial Services report and facts as represented in Court, the Court amends the defendant's conditions of release as follows:

    1) the defendant shall submit to and be subject to electronic monitoring;

    2) the defendant shall submit to and be subject to drug testing and drug counseling, as deemed appropriate by Pretrial Services; and

///

Order Amending Conditions of Release
CR 06-0630 MHP

3) all other conditions of release shall remain in effect.

IT IS SO ORDERED.

DATED: 9/28/6



_____
JOSE
United States       Judge

Order Amending Conditions of Release
CR 06-0630 MHP                    2