KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7044
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 06-0630 MHP |
| ) | |
| Plaintiff, ) | **[PROPOSED]** ORDER AMENDING THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE GLOBAL POSITIONING SYSTEM (GPS) MONITORING |
| ) | |
| v. ) | |
| ) | |
| ULLYSSES DAVID POWELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

("PROPOSED" is struck through.)

    This matter came on for hearing before this Court on October 6, 2006.  The defendant was personally present and represented by Geoffrey Hansen, Assistant Federal Public Defender. Gregg W. Lowder, Assistant United States Attorney, appeared for the United States.

    The matter was on calendar to review the defendant's conditions of release, including a curfew violation as reported by Pretrial Services.  Based on the Pretrial Services report and facts as represented in Court, the Court amends the defendant's conditions of release as follows:

    1) the defendant shall submit to and be subject to Global Positioning System (GPS) monitoring at the direction of Pretrial Services, in lieu of electronic monitoring;

    2) the cost to the defendant of such monitoring shall not exceed $30 per month, unless otherwise ordered by the Court;

    3) a curfew of 10 p.m. to 5 a.m. shall remain in effect, to be abided to by the defendant

Order Amending Conditions of Release
CR 06-0630 MHP

1    unless he can verify he was at work; and

2    4) all other conditions of release shall remain in effect.

3  IT IS SO ORDERED.

4  DATED: 10/10/06

5  JOSEPH _____
   United                    Judge
   
   *Judge Joseph C. Spero*

Order Amending Conditions of Release
CR 06-0630 MHP                                    2