IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ULYSSES DAVID POWELL,<br><br>   Defendant. | No. CR-06 - 630 MHP<br><br>**ORDER EXTENDING DATE FOR VOLUNTARY SURRENDER** |

The defendant's voluntary surrender date is hereby extended from April 11, 2007 to May 16, 2007. The defendant shall surrender to the institution designated by the Bureau of Prisons or, if no institution has been designated, to the United States Marshal on the 20th Floor of the Federal Building, 450 Golden Gate Ave., San Francisco, California, no later than 2:30 p.m. on May 16, 2007.

Dated: April 2, 2007

MARILYN HALL PATEL
United States District Court Judge

1